FILED
OCT 17 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DANNY JOE HIRSCHFIELD
313 70TH STREET
CAPITOL HEIGHTS, MARYLAND 20743  USA
(202) 714-5576

VS.                                   CIVIL ACTION NO.

STATE OF CALIFORNIA,         (                    )
CALIFORNIA DEPARTMENT
OF MENTAL HEALTH
1600  9TH STREET RM 151
SACRAMENTO, CALIFORNIA 95814

Case. 1:11-cv-01826
Assigned To : Unassigned
Assign. Date : 10/17/2011
Description. Pro Se Gen. Civil

## COMPLAINT

MY NAME IS DANNY JOE HIRSCHFIELD. I AM A STUDENT/DISABLED U.S. AMERICAN BORN CITIZEN FROM LOS ANGELES, CALIFORNIA. I JUST RELOCATED TO D.C. AREA IN JULY 2011 TO SEEK JUSTICE AND GO TO SCHOOL TO FURTHER MY EDUCATION. I HAVE BEEN A VICTIM OF WELFARES INSTITUTIONS—

1

RECEIVED
SEP 28 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

CODE 5150 AND STATE OF CALIFORNIA CALIFORNIA DEPARTMENT OF MENTAL HEALTH. FOR OVER TEN YEARS NOW WITH NUMEROUS VIOLATIONS ON THEIR PART OF BEING DETAINED AND HELD AGAINST MY WILL FOR CERTAIN PERIODS AT A TIME. I AM ALSO A VICTIM OF POLICE/FIRE MISCONDUCT MEDICAL MALPRACTICE AND NEGLECT. USE OF EXCESSIVE FORCE, AND BODILY INJURY AND PERMANENT DAMAGES. I'VE BEEN ENTRAPPED WITHOUT JUST CAUSE MANY TIMES BY POLICE/FIRE, DISCRIMINATED AGAINST, AND FORCEFULLY RESTRAINED TO GO TO HOSPITALS, MENTAL INSTITUTIONS. BEING

(2)

FORCEFULLY ADMINISTERD EXTREMELLY POWERFUL MEDICATIONS CAUSING PERMANENT DAMAGE. MEDICAL MALPRACTICE IS ALSO MY COMPLAINT SINCE THERE HAVE NEVER BEEN ANY TEST DONE BY DOCTORS AND PSYCHAITRIST TO DETERMINE AN ACCURATE DIOGNOSIS. HOLDING ME AGAINST MY WILL TORTURING ME WITH POWERFUL MEDICATIONS, HAS SEVERLLY CAUSED ME LOTS OF MENTAL DISTRESS, HUMILIATION, AND OTHER PHYSICAL HARM, AND WRONG DOING.
   THE POLICE/FIRE OF THE COUNTIES OF LOS ANGELES, RIVERSIDE. CITIES OF LOS ANGELES CITY OF CATHEDRAL CITY, CITY OF LA QUINTA

(3)

AND CITY OF INDIO. POLICE/FIRE HAVE USED UNJUSTLY ACCUSAUSES AND ENTRAPMENT SEVERAL TIMES TO HAVE HELD ME WITH OUT JUST CAUSE. I BELIVE THERE IS DEFINATLY SOME TYPE OF CALIFORNIA WELFARES INSTITUTIONAL ORDER ON MY NAME TO PLACE ME ON SUCH A HOLD UPON CONTACT. THIS I BELIVE IS UNCONSTITUTIONAL, DISCRIMINATIVE AND A VIOLATION OF MY CIVIL RIGHTS. IVE BEEN BEATEN BY POLICE SEVERAL TIMES CAUSING SHOULDER DISPLACEMENTS AND BRUISES. IN WHICH IS ON RECORD. I HAVE NO RECORD OF ANY VIOLENT HISTORY.

④

OF ASSAULTS OR BATTERY, I HAVE NO RECORD OF HURTING MYSELF OR OTHERS. I HAVE NO RECORD OF EVER TRYING TO ATTEMPT SUICIDE. A W.I.C. 5150 HOLD IS PLACED WHEN THEY BELIEVE I AM AN ENDANGER TO MYSELF OR OTHERS OR SUICIDAL IN WHICH THERE IS NO EVIDENCE OF ME EVER FOLLOWING THIS CRITERIA. I AM ABLE TO CARE FOR MYSELF. IT HAS BEEN OVER ONE DECADE NOW THAT I HAVE BEEN SUFFERING THIS ABUSE AND IT HAS TAKEN ME LOTS OF GREAT STRENTH TO FILE THIS REPORT. I BELIEVE

(5)

THERE CAN BE JUSTICE SEEKED OUT FROM ALL OF THESE HORRIBLE ACTS AND VIOLATIONS THAT HAVE BEEN DONE TO ME. I WOULD LIKE THE COURT TO OPEN A LAWSUIT AGAINST THE ABOVE MENTIONED PARTY AND IF THERE NEEDS TO BE A TRIAL BY JURY THEN I WOULD MAKE MY DECISION AT THAT TIME. I AM CURRENTLY REPRESENTING MYSELF SINCE I CANNOTT AFFORD AN ATTORNEY SO ANY HELP OR ASSISTANCE FROM THE COURT OR GOVERMENT WOULD BE APPPICIATED. IAM DISABLED FROM THE PAST 10 YEARS ON SOCIAL SECURITY (6)

I AM 36 YEARS OLD AND WITHOUT A DOUBT THIS HAS CAUSED ME TO BE DISABLED AS I HAVE HAD JOBS PAYING ME FAR ABOVE MINIMUM WAGE. I WILL ORDER ALL RECORDS IN RELATION TO MY CASE TO SUPPORT MY STATEMENTS. THE STATE OF CALIFORNIA IS DEFINATLY AT THE TOP OF CHAIN TO MAINLY NAME IN COMPLAINT, IF I NEED TO NAME EACH AND EVERY AGENCY WORKING UNDER THE STATE. THESE RECORDS CAN BE RETRIVED. I AM ALSO FILEING A COMPLAINT WITH U.S. DEPARTMENT OF JUSTICE. TITLE II

OF THE AMERICANS WITH DISABILITIES ACT/SECTION 504 OF THE REHABILIATION ACT OF 1973. TO LET THEM KNOW OF THESE VIOLATING ACTS COMMITED BY CALIFORNIA AGENCIES ON ME.

I AM SEEKING SOME TYPE OF COMPENSATION FOR ALL THE MENTIONED DAMAGES AT THIS TIME. I CANNOTT COME UP WITH A CALCULATED AMOUNT SINCE THERE HAVE BEEN NUMEROUS ENCOUNTERS. I AM NOT CERTAIN IF I SUE FOR A TOTAL AMOUNT OR DO I NAME EACH INVOLVED PARTY SEPERATLY. I NEED TO EVALUATE RECORDS AND FILES AND COME UP.

⑧

WITH A SPECIFIC AMOUNT THAT I WILL SUE FOR FROM THE STATE OF CALIFORNIA SINCE ALL THE INVOLVED PARTIES ACTED UNDER THE ~~~~ STATES JURISTICTION THANK YOU VERY MUCH FOR EVALUATING THIS COMPLAINT AS WELL AS I WOULD LIKE TO FILE LAWSUIT AGAINST THE STATE OF CALIFORNIA. FOR 22,000,000 ALSO I WOULD LIKE TO ASK THE COURT IF THIS CASE CAN BE HANDLED IN THE DISTRICT OF COLUMBIA SINCE I AM A RESIDENT OF MARYLAND AND DISABLED AND I CANNOTT AFFORD TO TRAVEL IF NECESSARY, THANK YOU

SINCERELY YOURS

[signature]

DANNY JOE HIRSCHFIELD
313 70TH ST.
SEAT PLEASANT, MARYLAND 20743

⑨