UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 17 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| Danny Joe Hirschfield, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 11 1826 |
| State of California *et al.*, | ) |
|       Defendants. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 13 day of October 2011,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice for lack of jurisdiction. This is a final appealable Order.

Rosemary M Collyer
United States District Judge

