FILED

NOV 17 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED
Mail Room

NOV 17 2011

United States Court of Appeals
District of Columbia Circuit

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

333 CONSTITUTION AVENUE NW

WASHINGTON, DC 20001-2866

PHONE 202-216-7000   FACSMILE 202 219 8530

PLAINTIFF DANNY JOE HIRSCHFIELD

VS.                          CIVIL ACTION NO. 11 1826

DEFENDANTS STATE OF CALIFORNIA ET AL,

CIVIL NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THIS 15th DAY OF NOVEMBER

2011, THAT

HEREBY APPEALS TO THE UNITED STATES

COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA

CIRCUIT FROM THE JUDMENT OF THIS COURT

ENTERED ON THE 13 DAY OF OCTOBER, 2011,

IN FAVOR OF (DISMISSED WITHOUT PREJUDICE)

①

AGAINST SAID (DISMISSED WITHOUT PREJUDICE)

PJ [signature] 313 70TH ST CAPITOL HEIGHTS, MD 20743
PRO SE LITIGANT

A SEPERATE STATEMENT ACCOMPNIES THIS APPEAL.

(PURSUANT TO RULE 4 (A) OF THE FEDERAL RULES

OF APPELLATE PROCEDURE A NOTICE OF APPEAL

IN A CIVIL ACTION MUST BE FILED

WITHIN 30 DAYS AFTER THE DATE OF ENTRY

JUDGMENT OR 60 DAYS IF THE UNITED

STATES OR OFFICER OR AGENCY IS A PARTY)

RECEIVED
Mail Room

NOV. 17 2011

United States Court of Appeals
District of Columbia Circuit

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE N.W
WASHINGTON, D.C 20001-2866
PHONE (202) 216-7000 FACSMILE (202) 219-8530

DANNY JOE HIRSCHFIELD

PRO SE LITIGANT/ PLAINTIFF.

V.                              CIVIL ACTION NO. 11 1826

STATE OF CALIFORNIA ET AL.,

DEFENDANTS.

STATEMENT ACCOMPANYING APPEAL

TO THE UNITED STATES COURT, COURT OF APPEALS,

AND OR JUDICIAL OFFICERS OF THE COURTS FOR

WASHINGTON, D.C., UNITED STATES OF AMERICA.

TO WHOM IT MAY CONCERN,

THIS STATMENT IS IN RESPONSE TO MEMORANDUM

①

OPINION AND ORDER SIGNED BY UNITED

STATES DISTRICT JUDGE. THE JUDGE HAS GRANTED

MY REQUEST TO PROCEED IN COURT IN FORMA PAUPERIS,

BUT HAS DISMISSED CASE COMPLAINT SUIT

WITHOUT PREJUDICE FOR LACK OF SUBJECT

MATTER JURISDICTION, AND MAKING ORDER

APPEALABLE. IN ARTICLE SIX OF THE U.S.

CONSTITUTION ESTABLISHES THE CONSTITUTION AND

THE LAWS AND TREATIES OF THE UNITED STATES

MADE IN ACCORDANCE WITH IT AS THE SUPREME

LAW OF THE LAND. IT HOLDS THE UNITED STATES

UNDER THE CONSTITUTION RESPONSIBLE FOR DEBTS

INCURRED BY THE UNITED STATES UNDER ARTICLES

②

OF CONFEDERATION. ARTICLE FOUR OF THE UNITED
STATES CONSTITUTION RELATES TO THE STATES.
TO THE STATES THE ARTICLE OUTLINES THE DUTIES
STATES HAVE TO EACHOTHER, AS WELL AS THOSE TO
THE FEDERAL GOVERMENT HAS TO THE STATES.
SECTION FOUR OBLIGATIONS OF THE UNITED STATES
CONSTITUTION. THE UNITED STATES SHALL
GUARANTEE TO EVERY STATE IN THIS UNION
A REPUBLICAN FORM OF GOVERMENT. CLAUSE 1
OF SECTION 2, PRIVILEGES AND IMMUNITIES.
THE CITIZENS OF EACH STATE SHALL BE
ENTITLED TO ALL PRIVILEGES AND IMMUNITIES
OF CITIZENS IN THE SEVERAL STATES.

③

UNITED STATES COURTS.

THE FIRST THROUGH ELEVENH CIRWHS EACH
INCLUDE THREE OR MORE STATES, AS ILLUSTRATED
BY THE U.S. COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA HEARS CASES
ARISING IN THE DISTRICT OF COLUMBIA AND
HAS APPELLATE JURISDICTION ASSIGNED
BY CONGRESS IN LEGISLATION CONCERNING
MANY DEPARTMENTS OF THE FEDERAL
GOVERMENT. AMENDMENT FOURTEEN
NO STATE SHALL ABRIDGE. AS A NATIVE BORN
U.S. AMERICAN CITIZEN I AM ENTITLED TO
DUE PROCESS AND EQUAL PROTECTION UNDER
THE LAW. POLICE BRUTALITY AND

INVOLUNTARY PSYCHIATRIC COMMITMENT IS A VERY

SERIOUS PREVELANT ISSUE THAT ARISES IN THE

UNITED STATES OF AMERICA, ENGAGING IN ITS

UNFAIR, UNJUSTLY ACTS BY THE POLICE POWER

STATE AND ITS UNION. IT IS A CORRUPT FORM

OF BUSINESS THAT MUST BE HEARD BY AND

ADDRESSED TO THE COURT.  FOR THE PAST TEN

YEARS I HAVE BEEN A VICTIM OF POLICE POWER

ACTION AND INVOLUTARY PSYCHIATRIC COMMITMENT

VIOLATING MY U.S. CONSTITUTIONAL AND CIVIL

RIGHTS.  THE CITIZENS COMMISSION ON HUMAN

RIGHTS HEAVILY PROTEST PSYCHAITRY BEING A

LEADING DEATHBED IN AMERICA. IN WHICH I

⑤

HAVE FULL SUPPORT FROM. THE U.S. COMMISSION

ON CIVIL RIGHTS  PRINTS OUT FREE PUBLICATIONS

ON POLICE MISSCONDUCT AND BRUTALITY, AND

GIVES REFERALS TO THE U.S. DEPARTMENT

OF JUSTICE  IN WHICH I HAVE FILED

A REPORT ON THIS CASE. CIVIL RIGHTS DIVISION.

AMENDMENT EIGHT. CRUEL AND UNUSUAL

PUNISHMENTS INFLICTED. I HAVE BEEN

A VICTIM MULTIPLE TIMES BY POLICE BEATINGS

HAVING MY FACE MACED WITH GAS SPRAY, TAKEN

TO PSYCHIATRIC HOSPITALS AND AGRESSIVLY

FORCED IN RESTRAINTS AND MANY TIMES

ADMINISTERED  HEAVY POWERFUL, DEADLY INJECTION

ON MEDICATIONS FORCED AGAINST MY WILL. ⑥

HELD FOR LONG PERIODS OF TIME, WHERE MEDICAL

PERSONELL TRY TO EXTEND MY STAY AT

INSTITUTIONS TRYING TO GRAVELY DISABLE ME

IN THEIR CORRUPT SYSTEM BILLING ME FOR

THIS UNAUTHORIZED TREATMENT RUINING MY CREDIT

HISTORY, AND CHARGING MY INSURANCE. THIS TO

ME IS FRAUDULENT. THIS HAS BEEN GOING ON

FOR YEARS. I HAVE SUFFERD PERSONAL

INJURIES DUE TO IMPROPER DIAGNOSIS

AND OVERMEDICATING ME CAUSING ME PERMANENT

DISABILITY. I HAVE BEEN DISCRIMINATED

AND ENTRAPPED BY THESE CALIFORNIA AGENCIES

FOR NO REASON OTHER THAN TRYING TO PROTECT

⑦

AND EXERCISE MY CIVIL RIGHTS. I HAVE NO

RECORD OF VIOLENT HISTORY OR ASSAULTS,

NOR HAVE I EVER BEEN SUICIDAL.

THE CALIFORNIA WELFARES INSTITUTIONSCODE

HAVE BEEN PLACED ON ME IN A UNJUSTIFIED

MANNER. IN AMENDMENT FIVE NO ONE SHALL

BE DEPRIVED OF LIFE, LIBERTY, OR PROPERTY,

WITHOUT THE DUE PROCESS OF LAW. MY FREEDOM

HAS BEEN TAKEN FROM ME OVER THE PAST

TEN YEARS IN A UNJUSTLY FASHION. I SEEK

FULL JUSTICE AND COMPENSATION FOR THE DAMAGES

THE STATE OF CALIFORNIA AND ITS AGENCIES HAVE

CAUSED. I AM LUCKY, BLESSED AND BY THE
GRACE OF GOD TO BE HERE TODAY, AND I  ⑧

FEEL HONERED FOR THE LOVE OF MY COUNTRY
TO HAVE RELOCATED HERE TO THE WASHINGTON
D.C. AREA WITH AN OPPORTUNITY TO PROTECT
MY CONSTITUTIONAL RIGHTS AND ENFORCE
MY CIVIL RIGHTS AND SEEK JUSTICE THROUGH
THE LAND OF LIBERTY AND OPPORTUNITY. I AM
BLESSED I AM HERE TODAY, INSTEAD I COULD
HAVE FALLEN A COMPLETE VICTIM TO PSYCHAITRY
AND BE A COMPLETE VEGETABLE, AND OR DEAD.
I AM ALSO FUTHURING MY EDUCATION AND PURSUING
A CAREER AS A STUDENT AT THE UNIVERSITY OF THE
DISTRICT OF COLUMBIA.

AMENDMENT FOUR THE RIGHT OF THE PEOPLE

TO BE SECURE IN THIER PERSONS, HOUSES, PAPERS, AND EFFECT AGAINST UNREASONABLE SEARCHES AND SEIZURES, SHALL NOT BE VIOLATED. POLICE MANY TIMES HAVE VIOLATED THIS RIGHT WHERE I HAVE BEEN FACED AND SUBJECTED TO ILLEGAL SEARCHES. BREAKING AND BUSTING THROUGH MY PRIVATE HOME DOOR ATTACKING ME IN MY SLEEP, ENTRAPPING ME MAKING ME FEEL INSECURE IN MY HOME AND PERSON. WITHOUT PROBABLE CAUSE DUE TO UNJUSTIFIED HEARSAY PROFILING ME TO BE A DANGER TO SOCIETY ITS TOTAL DISCRIMINATION. WITH ALL DUE RESPECT TO THE STATE OF

(10)

CALIFORNIA I UNDERSTAND THAT THE
ELEVENTH ADMENDMENT STATES, IMMUNIZES
A STATE FROM SUIT IN FEDERAL COURT
UNLESS IMMUNITY IS WAIVED. I AM REQUESTING
FROM THE COURTS THAT ACCORDING TO MY
CIRCUMSTANCES IN THIS STATMENT AND
SEVERAL RIGHTS OF THE UNITED STATES
CONSTITUTION HAVE BEEN VIOLATED BY
GOVERNED AGENCIES OF CALIFORNIA. I AM ASKING
THE COURT OF THE UNITED STATES TO GRANT
ME CONSENT TO PROCEED FORTH WITH THIS
CASE HERE IN OUR NATIONS CAPITOL.
I HAVE A COMPLETE PAPERTRAIL AND CASELOAD
TO RETRIEVE THAT WOULD SUPPORT MY STATEMENTS

(11)

CURRENTLY I HAVE RETRIEVED SOME MEDICAL

RECORDS DOCUMENTING MY INJURIES, AND TWO

POLICE REPORTS THAT SAY NOTHING SUSTAINING

ANY PROBABLE CAUSE THAT WOULD JUSIFY TO

BE HELD AGAINST MY WILL OR BEING HELD

AT GUNPOINT AND WITH RIFLES SPRAYING MY FACE

WITH MACE USING EXCESSIVE USE OF FORCE.

MY FATHER OBSERVING THIS AS A WITNESS AND

WRITING LETTERS OF COMPLAINT TO THE INDO

POLICE DEPARTMENT ABOUT THE USE OF EXCESSIVE FORCE

PLEASE FIND COPIES OF REPORTS ENCLOSED WITH

THIS STATMENT. I HAVE TRIED TO RETRIEVE A

POLICE REPORT ON AN INCEDENT THAT OUCURED

AT MY FATHERS IN LA QUINTA, CALIFORNIA

(12)

THE LA QUINTA POLICE DEPT. DENIED MY REQUEST

OF POLICE REPORT AGAIN WITH MY FATHER ROBERT

S. HIRSCHFIELD AS A WITNESS AND PRICIPLES

OF THIS REPORT WE THEN WROTE THE

LA QUINTA POLICE DEPARTMENT A LETTER

OF APPEAL UNDER THE FREEDOM OF INFORMATION

ACT 5 USC SUBSECTION 552 WE BOTH SIGNED IT AND

MAILED U.S MAIL CERIFIED LETTER. EXPLAINING

THEY RELEASE THIS REPORT UNDER FOIA. THEY

MAILED BACK A RESPONSE LETTER OF DENIAL

OF POLICE REPORT SHORTLY CERTIFIED MAIL

SAYING WE RESEARCHED YOUR REQUEST AND

LOCATED REPORT # LA 0624 1033 WHICH

⑬

DOCUMENTS SERVICES PROVIDED UNDER SECTION

5150 OF THE WELFARES INSTITUTION CODE

WE ARE RESPECTFULLY NOT DISCLOSING REPORT #

LA06241033 AS IT IS EXEMPT FROM DISCLOSURE

UNDER GOVERMENT CODE 6254 (C). IN ADDITION

THEY ADMIT I am A WIC 5150 VICTIM. THIS

REPORT INVOLVES POLICE BRUTALITY IN A PRIVATE

BEDROOM OF MY FATHERS HOME. ACCORDING TO

THE FOIA THEY HAVE VIOLATED MY RIGHTS

TO RETRIEVE PERSONAL INFORMATION ON

MYSELF IT OUTLINES TO FILE A SEPERATE

LAW SUIT IN ANY U.S. COURT OF JURISDICTION

OR THE US COURT FOR THE DISTRICT OF COLUMBIA

(14)

IN WHICH I WILL PURSUE IMMEDIATLY.

IT IS UNFAIR, UNJUSTLY, AND PLAIN WRONG

FOR THESE CALIFORNIA AGENCIES EXERCIZING

CALIFORNIA CODES TO OVER RIDE U.S.

FEDERAL LAW IT DOESNT MAKE SENSE TO

ME BUT THE POLICEPOWER STATE UNIONS AND

CORRUPT DEPARTMENT OF MENTAL HEALTH AGENCIE

KEEP VIOLATING THE CONSTITUTION OF THE UNITED

STATES AND FEDERAL LAW. THIS MUST NOT BE

ALLOWED BY THE COURTS OF THE UNITED STATES

OF AMERICA FOR THE DISTRICT OF COLUMBIA. WE

MUST NOT TOLERATE POLICEPOWER STATE ABUSE.

(15)

BASED ON MY STATMENTS OF PROVEN FACT

I AM REQUESTING THE COURT TO GRANT

ME CONSENT TO PROCEED WITH LAWSUIT

AGAINST AGENCIES OF THE STATE OF CALIFORNIA

A CIVIL APPEAL NOTICE ACCOMPANYS THIS

STATEMENT OF FACTS. ALONG WITH COPIES

OF POLICE REPORTS, MEDICAL, SHERIFFS DEPT.

DENIAL TO RELEASE MY POLICE REPORT, AND

APPEAL LETTER SENT TO THEM SINED BY MYSELF

AND MY FATHER.

YOUR CONSIDERATION ON THIS MATTER IS

DEEPLY APPRECIATED.

DANNY JOE HIRSCHFIELD

IN PROSE LITIGANT / PLAINTIFF

313 70TH STREET, CAPITOL HEIGHTS,

MARYLAND 20743  (202) 714-5576

16

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 1 7 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Danny Joe Hirschfield,          )
                                )
            Plaintiff,          )
                                )
    v.                          )          Civil Action No.          **11 1826**
                                )
State of California *et al.*,   )
                                )
            Defendants.         )

<u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, it is this _13_ day of

October 2011,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is

GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice for lack of

jurisdiction.  This is a final appealable Order.

United States District Judge



**FILED**

OCT 17 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Danny Joe Hirschfield,        )
                              )
          Plaintiff,          )
                              )
     v.                       )     Civil Action No.    **11 1826**
                              )
State of California *et al.*,  )
                              )
          Defendants.         )

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application

to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the

complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court

to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).

Plaintiff is a resident of Capitol Heights, Maryland, suing the State of California and its

Department of Mental Health, for, among other alleged wrongs, detaining him against his will

"for certain periods at a time" over 10 years, Compl. at 2, and forcibly medicating him. *See id.* at

2-3. The Eleventh Amendment to the U.S. Constitution immunizes a state from suit in federal

court, unless immunity is waived.[1] *See College Sav. Bank v. Florida Prepaid Postsecondary*

*Educ. Expense Bd.*, 527 U.S. 666, 675-76 (1999); *Keenan v. Washington Metropolitan Area*

*Transit Authority*, 643 F. Supp. 324, 327-28 (D.D.C. 1986) (citing cases).  A waiver is found

---

[1] The amendment provides in pertinent part: "[t]he judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State." U.S. Const. amend. XI.  It is long established that this amendment applies equally to suits brought by citizens against their own states. *See Edelman v. Jordan*, 415 U.S. 651, 662-63 (1974); *Hans v. Louisiana*, 134 U.S. 1, 13-15 (1890).

"only where stated 'by the most express language or by such overwhelming implications from the test as [will] leave no room for any other reasonable construction.' " *Morris v. Washington Metropolitan Area Transit Authority*, 781 F.2d 218, 221 (D.C. Cir. 1986) (internal citations omitted).

Plaintiff has not alleged, and the complaint does not reveal, a basis from which the Court may find a waiver of California's immunity, which generally extends to its agencies. Therefore, the complaint will be dismissed. *See Citizens Alert Regarding Environment v. EPA*, 102 Fed. Appx. 167, 169 (D.C. Cir. 2004) ("As CARE has sued these state agencies directly rather than pursuing its claim[s] . . . against individual state officers, the Eleventh Amendment deprives the court of jurisdiction as there is no indication that Congress has abrogated, or the state waived, sovereign immunity towards suits of this kind.") (citation omitted).[2]  A separate Order of dismissal accompanies this Memorandum Opinion.

*Rosemary M Colly*
United States District Judge

October __13__ , 2011

_____

[2]  Even if plaintiff could establish a waiver of immunity, the complaint arises from events that allegedly took place in Los Angeles, California, and, thus, reveals no connection to the District of Columbia.  Hence, this judicial district would not be the proper venue for litigating plaintiff's claims.  *See* 28 U.S.C. § 1391(b) (designating the proper venue under the circumstances presented as the location where the defendants reside or where a substantial part of the events occurred); *see also, e.g., Hirschfield v. U.S. Dep't of Homeland Security*, Civ. No. 11-1441 (UNA) (D.D.C. Aug. 8, 2011) (transferring plaintiff's earlier submitted case to the Central District of California).

2



 **MVA**
Motor Vehicle Administration

6601 Ritchie Highway, N.E.
Glen Burnie, MD 21062

**10/13/11**   **397**
DATE   **00273**

DRIVER LICENSE / SOUNDEX NO.

DANNY JOE HIRSCHFIELD
313 70TH ST
SEAT PLEASANT   MD 20743

THIS IS A CORRECTION ATTACHMENT ONLY





dc one card



RIVERSIDE COUNTY

STANLEY SNIFF, SHERIFF



# *Sheriff*

P.O. BOX 512 • RIVERSIDE, CALIFORNIA 92502 • (951) 955-2400 • FAX (951) 955-2428

November 2, 2011

Danny Hirschfield
313 70th Street
Capitol Heights, Maryland 20743

Robert Hirschfield
78712 Siena Court
La Quinta, CA 92253

***Re: California Public Records Act (CPRA) request***

Dear Sirs,

On November 2, 2011, the Riverside County Sheriff's Department received your CPRA request dated October 25, 2011. You request a copy of report #LA06241033. A photocopy of your request is included for reference. In your request, you cite 5 U.S.C. Section 552 which is federal law and applicable to the Federal Freedom of Information Act. We are not a federal agency. In California, public record requests are governed under the California Public Records Act (Government Code 6250 et seq).

We researched your request and located report #LA06241033 which documents services provided under section 5150 of the Welfare and Institutions Code. We are respectfully not disclosing report #LA06241033 as it is exempt from disclosure under Government Code 6254(c) which exempts certain records, as disclosure of these records would constitute an unwarranted invasion of personal privacy. In addition, information and records obtained in the course of providing services to a 5150 WIC victim, who is subsequently detained and transported to a mental health facility by a deputy sheriff is considered confidential information and can only be disclosed according to state law. Release of confidential 5150 WIC detention records to persons not authorized could subject the Department to civil liability (5330 WIC). The Department requires a court order and authorization from the treating physician to release these reports to you.

Best regards,

Jeff Kubel, Lieutenant
Professional Standards Bureau

| Arrest | ☐ | **INDIO POLICE DEPARTMENT** | CASE #<br>0107I-4145 |
|---|---|---|---|
| Crime | ☐ | 46800 Jackson Street<br>Indio, CA 92201 | |
| Non-Criminal | X | **Narrative Report** | Page 1 of 1 |

| OFFENSE(S)<br>ASSIST Outside Agency Assist | OFFENSE(S) cont'd. | | | |
|---|---|---|---|---|

| DATE, TIME AND DAY OF OCCURENCE<br>07/30/01  12:22 Monday    To  07/30/01  12:36 Monday | DATE AND TIME REPORTED<br>07/30/01  12:29 | | | |
|---|---|---|---|---|

| LOCATION OF OCCURENCE<br>47825 Oasis St, Indio | LOCATION NAME<br>Mental Health | TYPE OF LOCATION<br>Medical Clinic | BEAT<br>3 | SECTOR<br>E41 |
|---|---|---|---|---|

NARRATIVE

### Facts

On 073001 about 1236 hours, I was dispatch to 47825 Oasis St., the Riverside County mental health facility, reference assisting mental health staff with a violent 5150 WIC who was outside the facilities.

Upon arrival, I was flagged down by O1: Bryant,Kimi. I recognize her from past contacts as a mental health worker. She said she was going to 5150 WIC, S1: Hirschfield, Danny, who had threatened to kill her and other mental health workers. Bryant said Hirschfield was violent and highly agitated. She pointed at a white male adult who was walking towards the parking lot and said, "thats him".

I called and waived to S1: Hirschfield to come over and talk to me. He said, "Do you have probable cause to talk to me" I told him, "Yes", and asked him what was going on. S1: Hirschfield glared at me and said, " You don't know who your dealing with, what are you going to do shoot and beat me like the last time, I'll sue your ass too, All of you Indio cops are a bunch of punk rejects from LAPD". I moved to block his path and told him to calm down. I could see other mental health workers coming out of the ACES facility. S1: Hirschfield said he didn't do anything to be arrested for and he just wanted to go home. I advised him that he was going to be detained for a 72 hour evaluation per O1: Bryant, Kimi. S1: Hirschfield said he wasn't going to go with me and that I would have to arrest him. I step back and told him to turn around and put his hands behind his back. He complied with my verbal orders and was hand cuffed for my safety based on the above without and additional use of force. I held him in a control hold as he was checked for weapons and contraband by the other staff members who arrived. I walked him into the ACES facility with the staff members and O1: Bryant, Kimi. Bryant completed her 5150 WIC form and I relinquished control of S1: Hirschfield, Danny to the staff members, who placed him in soft restraints and medicated him.

### STATUS- CLOSED

*ADMINISTRATION*

| BY OFFICER<br>R. Johnson 177 | DATE/TIME<br>08/04/2001 20:33 | APPROVED BY<br>Jeff Merritt 310 | DATE APPROVED<br>08/05/01 |
|---|---|---|---|
| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS<br>Closed |

| Arrest ☐ | **INDIO POLICE DEPARTMENT** | CASE# |
|---|---|---|
| Crime ☐ | 46800 Jackson Street | 0107I-4145 |
| Non-Criminal ☒ | Indio, CA 92201 | PAGE |
| | **CR-1** | 1 |

| OFFENSE(S) | OFFENSE(S) cont'd |
|---|---|
| ASSIST Outside Agency Assist | |

| DATE, TIME AND DAY OF OCCURENCE | | DATE AND TIME REPORTED | MORE CHARGES | ESTIMATED LOSS VALUE |
|---|---|---|---|---|
| 07/30/01 12:22 Monday TO 07/30/01 12:36 Monday | | 07/30/01 12:29 | YES ☐ NO ☒ | $ 0.00 |

| LOCATION OF OCCURENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|
| 47825 Oasis St, Indio | Mental Health | Medical Clinic | 3 | E41 |

### PERSONS
Codes: V = Victim   W = Witness   C = Complainant   P = Parent   G = Guardian   R = Reporting Party

| CODE | NAME - LAST, FIRST, MIDDLE, SUFFIX | BUSINESS | BUSINESS |
|---|---|---|---|
| O 1 OF 1 | Bryant, Kimi | 47825 Oasis St , Indio, CA 92201 | (760) 863-8652 |

| OCCUPATION | RACE | SEX | AGE | DOB | ADDRESS 2 | PHONE 2 |
|---|---|---|---|---|---|---|
| Mental health worker | W | F | 30-35 | | | |

| DL | STATE | SS# | INJURIES | ADDRESS 3 | PHONE 3 |
|---|---|---|---|---|---|
| | | | | | |

| CODE | NAME - LAST, FIRST, MIDDLE, SUFFIX | ADDRESS 1 | PHONE 1 |
|---|---|---|---|
| OF | | | |

| OCCUPATION | RACE | SEX | AGE | DOB | ADDRESS 2 | PHONE 2 |
|---|---|---|---|---|---|---|
| | | | | | | |

| DL | STATE | SS# | INJURIES | ADDRESS 3 | PHONE 3 |
|---|---|---|---|---|---|
| | | | | | |

| CODE | NAME - LAST, FIRST, MIDDLE, SUFFIX | ADDRESS 1 | PHONE 1 |
|---|---|---|---|
| OF | | | |

| OCCUPATION | RACE | SEX | AGE | DOB | ADDRESS 2 | PHONE 2 |
|---|---|---|---|---|---|---|
| | | | | | | |

| DL | STATE | SS# | INJURIES | ADDRESS 3 | PHONE 3 |
|---|---|---|---|---|---|
| | | | | | |

### CASE SUMMARY / VEHICLE INFORMATION

| SUMMARY |
|---|
| Violent aggitated suspect threatens mental health worker who was committing him for 5150 WIC, suspect detained and taken to ACES for treatment |

| VEHICLE USED IN CRIME | LICENSE (NO AND STATE) | YEAR | MAKE | MODEL | BODY TYPE | COLOR | VIN | MORE VEHICLES |
|---|---|---|---|---|---|---|---|---|
| YES ☐ NO ☐ UNK ☐ OF | | | | | | | | YES ☐ NO ☒ |

| TOW REPORT | GARAGE NAME AND PHONE | REGISTERED OWNER | R/O ADDRESS |
|---|---|---|---|
| YES ☐ NO ☐ | | | |

### SUSPECT(S) / ARRESTEE(S)
Codes: S = Suspect   A = Arrestee   D = Detainee   SV = Suspect/Victim   AV = Arrestee/Victim   DV = Detainee/Victim

| CODE | NAME - LAST, FIRST, MIDDLE, SUFFIX | HOME | PHONE 1 |
|---|---|---|---|
| S 1 OF 1 | Hirschfield, Danny | 28310 Ave Primaver , Cathedral City, CA 92201 | |

| RACE | SEX | HT | WT | HAIR | EYE | AGE | DOB | ADDRESS 2 | PHONE 2 |
|---|---|---|---|---|---|---|---|---|---|
| W | M | 5'09" | 190 | | | 25 | 08/26/1975 | | |

| OCCUPATION | INJURIES | ADDRESS 3 | PHONE 3 |
|---|---|---|---|
| | | | |

| SCARS / MARKS / TATTOOS | AKA's | ARRESTEE DISPOSITION | RELEASE LOCATION | ARREST DATE / TIME |
|---|---|---|---|---|
| YES ☐ NO ☐ | | | | / |

| DL | STATE | ARRESTED | BOOKING # | WARRANT | CITATION # | SS# | CII# |
|---|---|---|---|---|---|---|---|
| | | YES ☐ NO ☒ | | YES ☐ NO ☒ | | | |

| CHARGES |
|---|
| ASSIST (1) |

| CODE | NAME - LAST, FIRST, MIDDLE, SUFFIX | ADDRESS 1 | PHONE 1 |
|---|---|---|---|
| OF | | | |

| RACE | SEX | HT | WT | HAIR | EYE | AGE | DOB | ADDRESS 2 | PHONE 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| OCCUPATION | INJURIES | ADDRESS 3 | PHONE 3 |
|---|---|---|---|
| | | | |

| SCARS / MARKS / TATTOOS | AKA's | ARRESTEE DISPOSITION | RELEASE LOCATION | ARREST DATE / TIME |
|---|---|---|---|---|
| YES ☐ NO ☐ | | | | / |

| DL | STATE | ARRESTED | BOOKING # | WARRANT | CITATION # | SS# | CII# |
|---|---|---|---|---|---|---|---|
| | | YES ☐ NO ☐ | | YES ☐ NO ☐ | | | |

| CHARGES |
|---|
| |

### ADMINISTRATION

| VICTIM DESIRES PROSECUTION | FOLLOW-UP | COPIES TO |
|---|---|---|
| YES ☐ NO ☒ | YES ☐ NO ☒ | ☐ PAT. ☐ DET ☐ DA ☐ COURT ☐ PROBATION ☐ VWAP ☐ OTHER |

| BY OFFICER | DATE/TIME | APPROVED BY | DATE APPROVED |
|---|---|---|---|
| R. Johnson 177 | 08/04/01 20:33 | Jeff Merritt 310 | 08/05/01 |

| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS |
|---|---|---|---|
| | | | Closed |

CR-1 Johns/177 Entered by: Rody Johnson                    APDC (Rev. 06/16/06)  Print Date: 10/25/2011

Arrest ☐
Crime ☐
Non-Criminal ☒

# INDIO POLICE DEPARTMENT
46800 Jackson Street
Indio, CA 92201
## Case MO

CASE #
0107I-4145

PAGE **1** OF **1**

OFFENSE(S)
**ASSIST Outside Agency Assist**

OFFENSE(S) cont'd.

| DATE, TIME AND DAY OF OCCURENCE | DATE AND TIME REPORTED |
|---|---|
| **07/30/01 12:22 Monday** TO **07/30/01 12:36 Monday** | **07/30/01 12:29** |

| LOCATION OF OCCURENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|
| **47825 Oasis St, Indio** | **Mental Health** | **Medical Clinic** | **3** | **E41** |

### MO DATA

**Commercial**
Medical Clinic

**Security Used**
Guard
Locked Doors
Locked Windows

**Surrounding Area**
Business Commercial

**Suspect/Action**
Made Threats

**Weapon**
Threats

### ADMINISTRATION

FOLLOW-UP
YES ☐ NO ☒

COPIES TO.
☐ PAT  ☐ DET  ☐ DA  ☐ COURT  ☐ PROBATION  ☐ VWAP  ☐ OTHER

| BY OFFICER | DATE/TIME | APPROVED BY | DATE APPROVED |
|---|---|---|---|
| **R. Johnson 177** | **08/04/2001 20:33** | **Jeff Merritt 310** | **08/05/01** |

| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS |
|---|---|---|---|
| | | | **Closed** |

CR-1 Johns/177  Entered by: Rody Johnson

APDC (Rev. 06/16/06)  Print Date: 10/25/2011

# INDIO POLICE DEPARTMENT
46800 Jackson Street
Indio, CA 92201
## CR-1

| | |
|---|---|
| Arrest [X] | |
| Crime [ ] | |
| Non-Criminal [ ] | |

**CASE#** 0105I-3100

**PAGE** 1

**OFFENSE(S)**
5150 WI; Dangerous/mentally disabled person

**OFFENSE(S) cont'd.**

| DATE, TIME AND DAY OF OCCURENCE | | DATE AND TIME REPORTED | MORE CHARGES | ESTIMATED LOSS VALUE |
|---|---|---|---|---|
| 05/20/01 07:08 Sunday TO 05/20/01 07:15 Sunday | | 05/20/01 07:08 | YES [ ] NO [X] | $ 0.00 |

| LOCATION OF OCCURENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|
| 47915 Oasis St, Indio | ACES MENTAL HEALTH | Hospital . | 3 | E41 |

## PERSONS

Codes: V - Victim, W - Witness, P - Complainant, PA - Parent, G - Guardian, RP - Party

| CODE OF | NAME - LAST, FIRST, MIDDLE, SUFFIX | | | | ADDRESS 1 | | PHONE 1 |
|---|---|---|---|---|---|---|---|
| OCCUPATION | | RACE | SEX | AGE | DOB | ADDRESS 2 | PHONE 2 |
| DL | STATE | SS# | | | INJURIES | ADDRESS 3 | PHONE 3 |

| CODE OF | NAME - LAST, FIRST, MIDDLE, SUFFIX | | | | ADDRESS 1 | | PHONE 1 |
|---|---|---|---|---|---|---|---|
| OCCUPATION | | RACE | SEX | AGE | DOB | ADDRESS 2 | PHONE 2 |
| DL | STATE | SS# | | | INJURIES | ADDRESS 3 | PHONE 3 |

| CODE OF | NAME - LAST, FIRST, MIDDLE, SUFFIX | | | | ADDRESS 1 | | PHONE 1 |
|---|---|---|---|---|---|---|---|
| OCCUPATION | | RACE | SEX | AGE | DOB | ADDRESS 2 | PHONE 2 |
| DL | STATE | SS# | | | INJURIES | ADDRESS 3 | PHONE 3 |

## CASE SUMMARY / VEHICLE INFORMATION

**SUMMARY**
(S) is taken to ACES at his request. While there, suspect becomes hostile.

| VEHICLE USED IN CRIME | LICENSE (NO. AND STATE) | YEAR | MAKE | MODEL | BODY TYPE | COLOR | VIN | MORE VEHICLES |
|---|---|---|---|---|---|---|---|---|
| YES [ ] NO [ ] UNK [ ] OF | | | | | | | | YES [ ] NO [X] |

| TOW REPORT | GARAGE NAME AND PHONE | REGISTERED OWNER | R/O ADDRESS |
|---|---|---|---|
| YES [ ] NO [ ] | | | |

## SUSPECT(S) / ARRESTEE(S)

MORE NAMES [X]

Codes: S - Suspect, A - Arrestee, D - Detainee, SV - Suspect/Victim, AV - Arrestee/Victim, DV - Detainee/Victim

| CODE S 1 OF 1 | NAME - LAST, FIRST, MIDDLE, SUFFIX | | | | HOME 34021 Date Palm Av DR222, Cathedral City, CA | | | HOME (760) 325-3144 |
|---|---|---|---|---|---|---|---|---|
| | Hirschfield, Danny Joe | | | | | | | |
| RACE W | SEX M | HT 5'10" | WT 185 | HAIR BLK | EYE BRO | AGE 25 | DOB 08/26/1975 | ADDRESS 2 | PHONE 2 |
| OCCUPATION | | | | | INJURIES | ADDRESS 3 | PHONE 3 |

| SCARS / MARKS / TATTOOS YES [ ] NO [ ] | AKA's | ARRESTEE DISPOSITION | RELEASE LOCATION | ARREST DATE / TIME / |
|---|---|---|---|---|
| DL S582781 | STATE | ARRESTED YES [ ] NO [X] | BOOKING # | WARRANT YES [ ] NO [X] | CITATION # | SS# | CII# |

**CHARGES**
5150 WI (1)

| CODE OF | NAME - LAST, FIRST, MIDDLE, SUFFIX | | | | ADDRESS 1 | | PHONE 1 |
|---|---|---|---|---|---|---|---|
| RACE | SEX | HT | WT | HAIR | EYE | AGE | DOB | ADDRESS 2 | PHONE 2 |
| OCCUPATION | | | | | INJURIES | ADDRESS 3 | PHONE 3 |

| SCARS / MARKS / TATTOOS YES [ ] NO [ ] | AKA's | ARRESTEE DISPOSITION | RELEASE LOCATION | ARREST DATE / TIME / |
|---|---|---|---|---|
| DL | STATE | ARRESTED YES [ ] NO [ ] | BOOKING # | WARRANT YES [ ] NO [ ] | CITATION # | SS# | CII# |

**CHARGES**

## ADMINISTRATION

| VICTIM DESIRES PROSECUTION | FOLLOW-UP | COPIES TO. | | | | | | |
|---|---|---|---|---|---|---|---|---|
| YES [ ] NO [X] | YES [ ] NO [X] | [ ] PAT [ ] DET [ ] DA [ ] COURT [ ] PROBATION [ ] VWAP [ ] OTHER | | | | | | |

| BY OFFICER | DATE/TIME | APPROVED BY | DATE APPROVED |
|---|---|---|---|
| P. Gregor 155 | 05/28/01 10:38 | Jeff Merritt 310 | 05/29/01 |
| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS Closed |

CR-1 Grego/155  Entered by: Peter Gregor

APDC (Rev. 06/16/06)  Print Date: 10/25/2011

# INDIO POLICE DEPARTMENT
46800 Jackson Street
Indio, CA 92201

## Case MO

| | | |
|---|---|---|
| Arrest [x] | | CASE # |
| Crime [ ] | | 0105I-3100 |
| Non-Criminal [ ] | | PAGE 1 OF 1 |

| OFFENSE(S) | OFFENSE(S) cont'd. |
|---|---|
| 5150 WI; Dangerous/mentally disabled person | |

| DATE, TIME AND DAY OF OCCURENCE | DATE AND TIME REPORTED |
|---|---|
| 05/20/01  07:08 Sunday   TO   05/20/01  07:15 Sunday | 05/20/01  07:08 |

| LOCATION OF OCCURENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|
| 47915 Oasis St, Indio | ACES MENTAL HEALTH | Hospital | 3 | E41 |

### MO DATA

**Commercial**
Hospital

**Suspect/Action**
Customer or Client
Ill or Injured
Made Victim-vulgar language

### ADMINISTRATION

| FOLLOW-UP | COPIES TO: | | | | | | |
|---|---|---|---|---|---|---|---|
| YES [ ]  NO [X] | [ ] PAT | [ ] DET. | [ ] DA | [ ] COURT | [ ] PROBATION | [ ] VWAP | [ ] OTHER |

| BY OFFICER | DATE/TIME | APPROVED BY | DATE APPROVED |
|---|---|---|---|
| P. Gregor  155 | 05/28/2001  10:38 | Jeff Merritt  310 | 05/29/01 |

| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS |
|---|---|---|---|
| | | | Closed |

| Arrest | x |
|--------|---|
| Crime | |
| Non-Criminal | |

## INDIO POLICE DEPARTMENT
46800 Jackson Street
Indio, CA 92201

### Narrative Report

| CASE # |
|--------|
| 0105I-3100 |

Page 1 of 1

| OFFENSE(S) | OFFENSE(S) cont'd. |
|-----------|--------------------|
| 5150 WI; Dangerous/mentally disabled person | |

| DATE, TIME AND DAY OF OCCURENCE | DATE AND TIME REPORTED |
|--------------------------------|------------------------|
| 05/20/01 07:08 Sunday  TO  05/20/01 07:15 Sunday | 05/20/01 07:08 |

| LOCATION OF OCCURENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|-----------------------|---------------|------------------|------|--------|
| 47915 Oasis St, Indio | ACES MENTAL HEALTH | Hospital | 3 | E41 |

NARRATIVE

**FACTS:**

I responded to the "ACES" mental health facility on 05/20/01, about 0800 hrs reference a violent subject. Sgt. Merritt and Ofc. Flagg were assigned to assist. Flagg and Merritt arrived prior to me. Upon my arrival I noted they were in the lobby of the facility. They were speaking to an elderly male subject (Robert Hirschfield). A second subject ((S) Hirschfield) was seated on a couch, in the lobby. (S) Hirschfield was shouting obscenities. I asked (S) Hirschfield not to shout, and not to use profane language. (S) Hirschfield responded by stating it was his right to speak in that manner.

I asked Robert Hirschfield why he was there. He identified himself as (S) Hirschfield's father. He said (S) Hirschfield was at home and acting irrationally. (S) Hirschfield asked him to take him to "ACES". They then drove to ACES, and were waiting in the lobby. They had been waiting about 1/2 hour. (S) Hirschfield was angry because they had been waiting so long.

I spoke to the staff at ACES. They advised they were willing to admit (S) Hirschfield, but only after he had been sedated. I asked (S) Hirschfield if he was willing to be sedated. He responded by saying he did not trust the staff at ACES to administer him any medication,, and he added that he hated me.

I made the determination that (S) Hirschfield was a potential danger to myself, Flagg, Merritt, his father and several personnel from ACES that were in the room. I took my OC spray from the holder on my belt. As I did so (S) Hirschfield said "what are you gonna do, mace me now". He then held up his hands and said "I'm not doing nothing". I asked him to stand up and put his hands behind his back. He said "why, i'm not doing nothing." I again asked him to stand and put his hands behind his back. He again refused. I applied a stream of OC spray to the left side of his face and head. He held up his hands and turned away. I again told him to stand up and put his hands behind his back. He complied and I arrested him for being a danger to himself and others.

I transported (S) Hirschfield to the Indio Police Department. A large quantity of water was applied to (S) Hirschfield's face to flush the OC spray from his skin. Ii then transported him to JFK Hospital. I obtained and okay to book for (S) Hirschfield. I then transported him back to ACES. He was administered a tranqualizer and admitted to the facility.
**STATUS:**

Exceptional.

| | | ADMINISTRATION | | |

| BY OFFICER | DATE/TIME | APPROVED BY | DATE APPROVED |
|-----------|-----------|-------------|---------------|
| P. Gregor 155 | 05/28/2001 10:38 | Jeff Merritt 310 | 05/29/01 |
| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS |
| | | | Closed |

CR-1 Grego/155 Entered by: Peter Gregor    Page 1 of 1    APDC (Rev. 03/17/10)  Print Date: 10/25/2011

State of California – Health and Welfare Agency · Department of Mental Health

01051-8100

**APPLICATION FOR 72-HOUR DETENTION FOR EVALUATION AND TREATMENT**

*Confidential Client/Patient Information*
*See California W & I Code Section 5328*

MH 302 (7/90)

**DETAINMENT ADVISEMENT**

My name is S/O GREGOR
I am a (Peace Officer, etc.) with (Name of Agency). You are not under criminal arrest, but I am taking you for examination by mental health professionals at (Name of Facility).

W & I Code, Section 5157, requires that each person when first detained for psychiatric evaluation be given certain specific information orally, and a record be kept of the advisement by the evaluating facility.

You will be told your rights by the mental health staff.

If taken into custody at his or her residence, the person shall also be told the following information in substantially the following form:

☒ Advisement Complete          ☐ Advisement Incomplete

Good Cause for Incomplete Advisement

You may bring a few personal items with you which I will have to approve. You can make a phone call and/or leave a note to tell your friends and/or family where you have been taken.

| Advisement Completed By | Position | Date |
|---|---|---|
| P. GREGOR | SENIOR OFFICER | 5/20/01 |

To "ACES"

Application is hereby made for the admission of DANNY JOE HIRSCHFIELD

residing at 34-021 DATE PALM #D222 CATHEDRAL CITY _____, California, for 72-hour treatment and evaluation pursuant to Section 5150, (adult) et seq. or Section 5585 et seq. (minor), of the Welfare and Institutions Code. If a minor, to the best of my knowledge, the legally responsible party appears to be/is: (Circle one) Parent; Legal Guardian; Juvenile Court as a WIC 300; Juvenile Court as a WIC 601/602; Conservator. If known, provide names, address and telephone number: _____

• • • • • • • • • •

The above person's condition was called to my attention under the following circumstances: (See reverse side for definitions)

HIRSCHFIELD WAS TAKEN TO ACES BY HIS FATHER. HIRSCHFIELD REQUESTED HIS THAT FATHER TAKE HIM THERE.

The following information has been established: (Please give sufficiently detailed information to support the belief that the person for whom evaluation and treatment is sought is in fact a danger to others, a danger to himself/herself and/or gravely disabled.) HIRSCHFIELD WAS ACTING AGGRESSIVELY, HE WAS SHOUTING PROFANITIES HE REFUSED TO COOPERATE WITH THAT STAFF. HE HAD TO BE SUBDUED. AFTER BEING TAKEN INTO CUSTODY HE STATED HE WAS HEARING VOICES.

Based upon the above-information it appears that there is probable cause to believe that said person is, as a result of mental disorder:

☐ A danger to himself/herself.  ☒ A danger to others.  ☐ Gravely disabled adult.  ☐ Gravely disabled minor.

| Signature title and badge number of peace officer, member of attending staff of evaluation facility or person designated by county. | Date 5/20/01 | Phone |
|---|---|---|
| | Time 0800 | 347-8522 |

| Name of Law Enforcement Agency or Evaluation Facility/Person | Address of Law Enforcement Agency or Evaluation Facility/Person |
|---|---|
| INDIO POLICE DEPT. | 46-800 JACKSON ST. INDIO, CA 92201 |

☐ Weapon was confiscated and detained person notified of procedure for return of weapon pursuant to W & I Code Section 8102. (officer/unit & phone #) _____

**NOTIFICATIONS TO BE PROVIDED TO LAW ENFORCEMENT AGENCY**

NOTIFICATION OF PERSON'S RELEASE FROM AN EVALUATION AND TREATMENT FACILITY IS REQUESTED BY THE REFERRING PEACE OFFICER BECAUSE:

☐ Person has been referred under circumstances in which criminal charges might be filed pursuant to W & I Code Sections 5152.1 and 5152.2. Notify (officer/unit & phone #) _____

☐ Weapon was confiscated pursuant to W & I Code Section 8102. Notify (officer/unit & phone #) _____

**SEE REVERSE SIDE FOR INSTRUCTIONS**

 **Oasis Rehabilitation Center, Inc.**

47-915 Oasis Street
Indio, CA  92201
Telephone:  760-863-8600
FAX:  760-863-8603

August 3, 2011

TO:  Danny Joe Hirschfield
RE: Medical Records Request

Mr. Hirschfield,

We have received your request for your medical records.  Enclosed you will find the Records that are available to us and also a copy of your admissions here at Oasis Mental Health.

Unfortunately, your earliest records have been boxed and sent to County storage for permanent maintenance.  Should you find it absolutely necessary for us to access those records; it will take some time to retrieve them.

I hope this will be of assistance to you.

Sincerely,

Jackie Spera,
HIM Director

*Funding for Oasis Rehabilitation Center programs is provided in whole or in part by the County of Riverside Department of Mental Health.*



**OASIS REHABILITATION CENTER
& OASIS CRISIS SERVICES**
***
**HEALTH INFORMATION SERVICES**
47-915 Oasis Street
Indio, CA  92201–6950
**TEL:** 760-863-8600   **FAX:** 760-863-8603

**TO: DANNY J. HIRSCHFIELD**
7206 ANTOCK PLACE
UPPER MARLBORO, MD 20772-4306
WASHINGTON, D.C. U.S.A.

**ATTN: DANNY JOE HIRSCHFIELD**

**DATE:** 08-03-2011

**RE:** HIRSCHFIELD, DANNY JOE          *AKA: N/A*
**SSN:** XXX-XX-8592                    **DOB:** 08-26-1975

This is the information that you requested:

**03 EPISODE(S)**

THANK YOU,

OASIS REHABILITATION CENTER, INC.
HEALTH INFORMATION SERVICES`

**CONFIDENTINAL**
This information has been disclosed to you from records whose confidentiality is protected by Federal Law. **Federal Regulation (42 CFR, Part 2)** prohibits you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is **NOT** sufficient for this purpose.

*Funding for Oasis Rehabilitation Center programs is provided in whole or in part by
the County of Riverside Department of Mental Health.*

JULY 27, 2011

OASIS INDIO

ATTN: JACKIE SPERA

RECORDS CLERK

47915 OASIS

INDIO, CALIF., 92201

(760) 863-8600

ESQ., DANNY JOE HIRSCHFIELD

7206 ANTOCK PLACE

UPPER MARLBORO, MD 20772

(202) 714-5576

SOCIAL SECURITY # 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

DATE OF BIRTH 08/26/1975

CA ID # A9408534

MD ID # H 621 135 425 665

ATTN; RECORDS MAY DATE BACK TO 2000 - PRESENT

DEAR JACKIE AS PER OUR CONVERSATION TODAY WED. JULY 27 2011, I AM REQUESTING ALL RECORDS, MEDICAL, POLICE, FIRE, AMBULANCE, ETC. ETC. ETC. INVOLVED WITH ALL MY CASES AS A PATIENT.

I AM WORKING HERE IN WASHINGTON, DC WITH U.S. COURTS DISTRICT OF COLUMBIA. I AM ACTING IN PRO SE / PROPER AS I DO NOT HAVE AN ATTORNEY. I AM SEEKING TO WORK WITH THE JUSTICE SYSTEM IN CIVIL SUIT, AND HOPEFULLY COME SOON TO CONCLUSIONS OF MY EXPERIENCE AT OASIS, WITH CALIFORNIAS WELFARE INTITUTIONS CODES THESE ARE THE REPORTS I NEED TO OBTAIN FOR THE U.S. COURTS. AS WELL AS ALL NAMES AND REPORTS OF MEDICAL DOCTORS INVOLVED IN WHICH I NEED FOR CALIFORNIA MEDICAL BOARD REVIEW AND INVESTIGATION OUT OF STATE CAPITOL SACRAMENTO. ALSO I NEED ANY REPORTS OF POLICE OFFICERS INVOLVED. THANK YOU YOUR COOPERATION IN THIS MATTER IS DEEPLY APPRECIATED AND IF YOU HAVE ANY QUESTIONS DON'T HESITATE TO CALL SINCERELY YOURS,

P.S. SEND COPIES OF RECORDS SHOWING EVERY TIME I WAS COMMITTED. ALSO PLEASE SEND MY COPY OF THIS LETTER AND RECEIPT. THANK YOU

State of California Health and Human Services Agency

Department of Mental Health

**APPLICATION FOR 72 HOUR DETENTION FOR EVALUATION AND TREATMENT**
MH 302 (Rev. 08/04) Front

*Confidential Client/Patient Information*
See California WIC Section 5328 and
HIPAA Privacy Rule 45 C.F.R. § 164.508

**Welfare and Institutions Code (WIC), Section 5157**, requires that each person when first detained for psychiatric evaluation be given certain specific information orally, and a record be kept of the advisement by the evaluating facility.

☒ **Advisement Complete**          ☐ **Advisement Incomplete**

Good Cause for Incomplete Advisement

Advisement Completed By _KIM_

**DETAINMENT ADVISEMENT**

My name is _DEPUTY KIM, S._

I am a (Peace Officer, etc.) with (Name of Agency). You are not under criminal arrest, but I am taking you for examination by mental health professionals at (Name of Facility).

You will be told your rights by the mental health staff.

*If taken into custody at his or her residence, the person shall also be told the following information in substantially the following form:*

You may bring a few personal items with you which I will have to approve. You can make a phone call and/or leave a note to tell your friends and/or family where you have been taken.

| Position | Date |
|---|---|
| DEPUTY | 082906 |

To _RIVERSIDE COUNTY MENTAL HEALTH_

Application is hereby made for the admission of _DANNY-JOE HIRSCHFIELD_

Residing at _450 SOUTH KENMORE #204 L.A._, California, for 72-hour treatment and evaluation pursuant to Section 5150, (adult) et seq. or Section 5585 et seq. (minor), of the WIC. If a minor, to the best of my knowledge, the legally responsible party appears to be / is: (Circle one) Parent; Legal Guardian; Juvenile Court as a WIC 300; Juvenile Court as a WIC 601/602; Conservator. If known, provide names, address and telephone number:

\* \* \* \* \* \* \* \* \* \*

The above person's condition was called to my attention under the following circumstances: (see reverse side for definitions)
_I WAS CALLED 78712 SIENA CT LA QUINTA REFERANCE DANNY-JOE HIRSCHFIELD THREATENING RESIDENTS INSIDE THE LOCATION_

The following information has been established: (Please give sufficiently detailed information to support the belief that the person for whom evaluation and treatment is sought is in fact a danger to others, a danger to himself; herself and/or gravely disabled.)
_HIRSCHFIELD TOLD MS. HOLDER THAT HE WAS GOING TO KILL HER. UPON CONTACT WITH LAW ENFORCEMENT, HE BECAME COMBATIVE AND HAD TO BE RESTRAINED_

Based up on the above information it appears that there is probable cause to believe that said person is, as a result of mental disorder:

☒ A danger to himself/herself.   ☒ A danger to others.   ☐ Gravely disabled adult.   ☐ Gravely disabled minor.

Signature, title and badge number of peace officer, member of attending staff of evaluation facility or person designated by county.   _4181_

| Date | Phone |
|---|---|
| 082906 | 868- |
| Time | 8750 |
| 1700 | |

Name of Law Enforcement Agency or Evaluation Facility/Person
_RIVERSIDE SHERIFF DEPT._

Address of Law Enforcement Agency or Evaluation Facility/Person
_82 675 DR. CARREON INDIO_

☐ Weapon was confiscated and detained person notified of procedure for return of weapon pursuant to Section 8102 WIC.
(officer/unit & phone #)

**NOTIFICATIONS TO BE PROVIDED TO LAW ENFORCEMENT AGENCY**

**NOTIFICATION OF PERSON'S RELEASE FROM AN EVALUATION AND TREATMENT FACILITY IS REQUESTED BY THE REFERRING PEACE OFFICER BECAUSE:**
☐ Person has been referred under circumstances in which criminal charges might be filed pursuant to Sections 5152.1 and 5152.2 WIC.
Notify (officer/unit & telephone #)

☐ Weapon was confiscated pursuant to Section 8102 WIC.
Notify (officer/unit & telephone #)

SEE REVERSE SIDE FOR INSTRUCTIONS

Oasis Crisis Services
47-915 Oasis Street
Indio, California 92201

# PSYCHIATRIC EVALUATION – PART I

| I. | **PRESENTING PROBLEM, REASON FOR HOSPITALIZATION:** Pt admitted on 5150 for DTS/DTO — pt was threatening residents i the neighborhood + police were called. He became combative c police. Taken to JFK ER → Then OCS. JFK ER called re: problem c shoulder X-ray - dislocated. Pt sent back to JFK for tx + now returns here. Thinking is pressured, overly elaborate, disorganized, illogical, unable to obtain history. |
|---|---|

| II. | **NUMBER OF PRIOR PSYCHIATRIC HOSPITALIZATIONS:** Multiple   **DATE OF LAST HOSPITALIZATION:** 9/01 - MHRC |
|---|---|

**ALCOHOL/SUBSTANCE USE:** Pt has some poor Hx Amphetamine abuse.

**UDS RESULTS:** ⊕ meth / amphetamine

**OTHER PERTINENT PSYCHIATRIC HISTORY:** Pt has Hx Schizoaffective Dx Bipolar Type. Claims he was going to Clinic i IV - receiving Haldol, he says.

**MEDICAL HISTORY:** Was tx'd tdy for shoulder dislocation

| III. | **FAMILY HISTORY:** See prior records. Pt was too disorganized to give |
|---|---|
| IV. | **SOCIAL HISTORY:** any useful history |

**MOST RECENT RESIDENCE / LIVING WITH:** Recently staying i father

**SOURCE OF INCOME:** ? "... I get $2500/mo ..."

**OTHER PERTINENT HISTORY:** Pt was lying i bed, eyes closed, poor historian, guarded, rambling, disorganized

| V. | **MENTAL STATUS EXAM:** |
|---|---|

**PATIENT APPEARANCE:**

**LEVEL of ALERTNESS:** ☒ Full ☐ Partial ☐ Sedated

**ORIENTATION:** ☐ Day ☐ Date ☐ Month ☐ Year Poor

**INTELLIGENCE LEVEL:** ☐ High ☒ Average ☐ Low

**MEMORY:** ☐ Recent ☐ Remote ☒ Intact Poor

**SPEECH:** ☒ Fluent ☐ Dysarthric ☐ Unintelligible
☒ Normal Rhythm/Rate ☐ Pressured ☐ Rapid

**COGNITION:** ☒ Intact ☐ Clouded

**COOPERATION:** ☒ Full ☐ Partial ☐ None

**MOOD:** ☐ Euthymic ☒ Euphoric ☒ Anxious ☐ Depressed
☐ Irritable ☐ Tearful ☒ Agitated ☐ Argumentative
☐ Hypomanic ☐ Manic

**AFFECT:** ☐ Stable ☐ Broad ☐ Constricted ☒ Labile
☐ Blunted ☐ Flat

**THOUGHTS:** ☐ Organized ☒ Disorganized ☒ Illogical
☐ Circumstantial ☒ Fragmented ☐ Ruminative
☒ Delusions: ☒ Grandiose ☐ Paranoid ☐ Persecutory
☐ Worthless ☐ Hopeless ☐ Somatic ☐ Ideas of Reference
☒ Hallucinations: ☒ Auditory ☐ Visual ☐ Tactile
☐ Suicidal Ideation: ☐ Plan ☐ Intent ☐ Passive
☐ Homicidal Ideation: ☐ Plan ☐ Intent ☐ Passive
☐ Obsessions ☐ Compulsions

**INSIGHT:** ☐ Good ☐ Fair ☒ Poor

**JUDGMENT:** ☐ Good ☐ Fair ☒ Poor

# OCS – PSYCHIATRIC EVALUATION – PART II

| VI. | ASSETS/STRENGTHS: Has benefits. Claims he will cooperate c̄ meds) |
|---|---|

| VII. | ASSESSMENT: |
|---|---|
| | Pt c̄ Hx Schizoaff Dro – Bipolar Type, meth abuse, i need of |
| | acut stabulization/evaluation. I was informed Medicare is Not |
| | active, needs PHF referral. |

| VIII. | DIAGNOSIS: |
|---|---|
| | AXIS I:   Schizoaffective D/o – Bipolar Type |
| | AXIS I:   Meth Abuse |
| | AXIS II:  P/o Pres Dro NB |
| | AXIS III: Shx = S/P Shoulder dislocation |
| | AXIS IV:  A B E F J K L M |
| | **(REFER TO FACE SHEET FOR AXIS IV LEGEND)** |
| | **"GAF"** (Level of Functioning) |
| | AXIS V:   ADMISSION: 15   HIGHEST: ? |

| | ESTIMATED L.O.S.: 23°                                    DAYS |
|---|---|

| IX. | LEGAL STATUS: ☒ 5150 ☐ 5250 ☐ T-CON ☐ VOLUNTARY ☐ OTHER (SPECIFY): _____ |
|---|---|
| | (CHECK ONE) |

| X. | TREATMENT PLAN: |
|---|---|
| | ① Refer to PHF |
| | ② Monitor for w/ drawal |
| | ③ PRN lorazepam for now |
| | ④ Consider addition of Geodon p̄ meth is ↓↓. |
| | ⑤ SW to expand database |

| ☞ | (PSYCHIATRIST SIGNATURE)   ANTHONY BASSANELLI, M.D.   LIC# ...   DEA# ... | 8·30·06 (DATE) | 1630 (TIME) |
|---|---|---|---|

OCS – PSYCHIATRIC EVALUATION – PART II
OCS-15-b

Confidential Patient Information, See CA W&I Code, Section 5328
PSYCHIATRIC EVALUATION – OCS FORMS– PART II ~ OCS-15-b – New 02/15/2006 – GW   HF

## PHYSICIAN / PSYCHOLOGIST ORDERS OCS

| D/O | ORDER # | ORDER DATE | CODE | ORDERS | ADM. TIMES |
|-----|---------|------------|------|--------|------------|
| | | 8-30-06 | 1. | Transfer to PHF | |
| | | 1630 | 2. | Dx: Schizo affective Dio - Bipolar Type | |
| | | | | meets criteria | |
| | | | | II: Plo Per Dio NOS | |
| | | | | III: Other: S/P shoulder dislocation | |
| | | | | IV: A B E F J K L M | |
| | | | | V: current : 15 | |
| | | | | past : ? | |
| | | | 3. | Lorazepam 2 y po Q6° prn agitation or | |
| | | | | meets w/drawal | |
| | | | | ANTHONY BASSANELLI, M.D. | |
| | | | | LIC#G55820 DEA#BB0147670 | |
| | | | | | |

| | |
|---|---|
| ADMIT DATE: | NURSING ALERTS |

| PHYSICIAN NAME | PHYSICIAN PHONE |
|----------------|-----------------|

| DIAGNOSIS | ALLERGIES |
|-----------|-----------|

Hirschfield, Danny
41202. 3
J CANNY
/2006
5-3-92
/1975
-71

**PHYSICIAN / PSYCHOLOGIST ORDERS - OCS**
**OCS-14**

Confidential Information. See CA W&I Code Section 5328

PHYSICIAN / PSYCHOLOGIST ORDERS – OCS FORMS – OCS-14 – New 02/15/2006 - GW



Oasis Rehabilitation Center, Inc.
47-915 Oasis Street
Ind⋯  92201
Te⋯  760-863-8600
FA⋯  863-8603

| Describe Problem # _____ (Behavior/system) | DANGER TO SELF | Date Initiated or Updated: 8/31/06 Date Resolved: |
|---|---|---|

| Have goals been discussed/negotiated between resident and treatment team? [ ✓ ] YES    [ ] NO | *If No See TX Plan Review Date |
|---|---|

| **CURRENT STATUS/ LEVEL** | AS EVIDENCED BY: *per 5150: pt. was combative c̄ police, had to be restrained* |
|---|---|

| **SHORT TERM OBJECTIVE MEASURABLE** | PT. WILL BE FREE OF SELF-INJURIOUS BX THROUGHOUT HOSPITALIZATION. IN 2 DAYS, PT. WILL VERBALIZE KNOWLEDGE OF MEDICATION. IN 3 DAYS PT. WILL IDENTIFY AT LEAST 3 COPING SKILLS TO ADDRESS PAINFUL FEELINGS THAT LEAD TO SUICIDAL AND/OR SELF-INJURIOUS THOUGHTS/BX. IN 3 DAYS PT. WILL VOICE HOPE AND GOALS FOR THE FUTURE. IN 5 DAYS PT. WILL DEMONSTRATE NEWLY-LEARNED COPING SKILLS. |
|---|---|

| **PLANS** Specify Responsible Discipline Intervention or services Offered Frequency of Treatment | [ ] Meds_____  [ ] No Meds |
|---|---|

1. Q15 min. √s X 24° for PT comfort/safety, then Q30 min. √s unless otherwise ordered (NSG).
2. Suicide assessments Q shift- until rating <30 X3 unless otherwise ordered (NSG).
3. Administer meds as ordered; Monitor for effectiveness &/or adverse S/E's; report to MD (NSG).
4. Assess and document condition each shift (NSG).
5. Med education and illness education to pt./family (NSG., MD, SW, REHAB).
6. Individual, group and family counseling (SW).
7. Individual sessions daily to asses condition, review progress, address medication needs and provide education (MD).
8. Educational groups to address issues related to painful feelings and teach new coping skills (REHAB).
9. Discharge planning to reinforce learning, reduce outside stressors and promote med compliance (SW, REHAB, NSG., MD).

| ⇒ | Signature | Title | 08 30 Time | 8/31/06 Date |
|---|---|---|---|---|

INTERDISCIPLINARY TREATMENT PLAN
PROBLEM SHEET
PAGE 2-A (TXG-11)

Confidential Patient Information, See CA W&I Code, Section 5328

GREEN

INTERDISCIPLINARY TX PLAN PROBLEM SHEET – Rev 08/2000 GW

State of California Health and Welfare Agency

Department of Mental Health

# INVOLUNTARY PATIENT ASSESSMENT
## (TO BE READ TO THE PATIENT AT TIME OF ADMISSION)

Name of Facility

**OASIS REHABILITATION CENTER, INC., 47-915 Oasis Street, Indio, CA 92201**

| Patient's Name | Admission Date |
|---|---|
| Danny Hirschfield | 08/30/06 |

Section 5157 (c) and (d) of the Welfare and Institutions Code (W&I) requires that each person admitted for evaluation be given specific information orally and in writing, and a record of the advisement to be kept in the medical record.

My name is: _Mercedes_

My position here is: _RN_

You are being placed in a psychiatric facility because it is the opinion of the professional staff, that as a result of a mental disorder, you are: (check applicable)

Dangerous to yourself ✓

Dangerous to others ✓

Gravely Disabled (Unable to provide for your own food, clothing or shelter) _____

(Document specific evidence which substantiates reason for hold)
We feel this is true because: _You were threatening residents, you told the officer you were going to kill her_

You will be held for a period of up to 72 hours. This (does not) (does) include weekends or holidays. your period will begin : _1700  8/29/06_ .  Your 72-hour evaluation and treatment period will end : _1700  9/1/06_ .  *(time and date)*

During these 72 hours, you will be evaluated by the hospital staff and the treatment you receive may require medication. It is possible for you to be released before the end of the 72 hours, but if the professional staff feel that you need continued treatment, you can be held for a longer period of time. If you are held longer than that 72 hours you have a right to a lawyer, a qualified interpreter and a hearing judge. If you are unable to pay for a lawyer, then one will be provided free.

State law presumes you to be competent regardless of whether you have been evaluated or treated for mental disorder as a voluntary patient.

| Good cause for incomplete advisement: | | Date: |
|---|---|---|
| Advisement completed by: Mercedes | Position: RN | Date: 8/30/06 |

**CC: Original to Patient/ Copy to Patient's Record**

Estado de California Agencia de Salude y Sanidad

Departmento de Salude Mental