# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 11-7145**     September Term 2011

1:11-cv-01826-UNA

**Filed On:** April 20, 2012

Danny Joe Hirschfield,

    Appellant

  v.

State of California and California Department
of Mental Health,

    Appellees

**BEFORE:**   Sentelle, Chief Judge, and Henderson and Rogers, Circuit Judges

## O R D E R

The court concludes, on its own motion, that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentations in the brief. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

**Per Curiam**