# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 11-7145**          **September Term 2011**

1:11-cv-01826-UNA

Filed On: May 4, 2012

Danny Joe Hirschfield,

    Appellant

v.

State of California and California Department of Mental Health,

    Appellees



### ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Sentelle, Chief Judge, and Henderson and Rogers, Circuit Judges

## JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by the appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed October 17, 2011, be affirmed. The district court properly concluded that appellant's claims for money damages against the State of California and a state agency are barred by the Eleventh Amendment. See Edelman v. Jordan, 415 U.S. 651, 662-63 (1974); Ali v. District of Columbia, 278 F.3d 1, 6 (D.C. Cir. 2002).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk